UNITED STATES DISTRICT COURT CONNECTICUT DISTRICT COURT

| |
|---|
| **Eric T. Baker** | |
| v. | | No. 3:22-cv-00604 |
| **Yale Law School** | |
| | |
| | |

    I am submitting this motion to reopen case 3:22-cv-00604. Please indicate the distinction between a closed case and one that's dismissed. Indeed, I am still awaiting a date for pretrial; to be placed on the calendar. After responding to the IFP order, which has yet to be granted after having responded to Judge Omar A Williams' order, I would like to stress that this is a violation of the 'Right to Financial Privacy Act of 1978'. I demand that this case be reopened and treated with the upmost urgency.

**I certify under penalty of perjury** that the foregoing is true and correct.

_____ , \_\_9/13/2022_____

          Signatory                            Date

**"Until you make your sub-conscious, conscious, you will never be making your own decisions" – Er Bak.**